# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 21-CR-102-CVE |
| SHAUNI BREANNE CALLAGY, | ) ) ) | |
| Defendant. | ) ) | |

### CONSENT TO APPEAR BY VIDEO TELECONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE

With the consent of Defendant after conferring with counsel, the Court is authorized to conduct certain criminal proceedings by video conference. *See* N.D. Okla. General Order 20-46 (implementing the Coronavirus Aid, Relief, and Economic Security Act, H.R. 748, and the March 27, 2020 action by the Judicial Conference of the United States). *See also* Fed. R. Crim. P. 5(f), 10(c).

Defendant hereby acknowledges Defendant has received and/or been read the charging instrument; that such charging instrument has been reviewed by Defendant with counsel; that Defendant understands the nature of the offenses charged; and that Defendant understands Defendant's right to appear in person for certain proceedings. Acknowledging such, the Defendant hereby knowingly and voluntarily waives Defendant's right to appear in person and hereby knowingly and voluntarily consents to appearance by use of video teleconferencing for the following (check all that apply):

☐ Initial Appearance

☒ Arraignment

☐ Detention Hearing

☐ Preliminary Hearing

2

/s/ Craig M. Hoehns                              Date: April 15, 2021
Defendant[1]


/s/ Shauni Breanne Callagy                       Date: April 15, 2021
Counsel for Defendant

---

[1] Due to the COVID-19 pandemic, electronic signatures by permission will be accepted. If signed by permission, defense counsel represents that Defendant gave express permission to apply his/her signature.