# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>vs.<br><br>Gene Olen Charles Rast,<br>Shauni Breanne Callagy,<br><br>Defendant(s). | Plaintiff,<br><br>Case No.: 21-cr-00102-CVE<br><br>**SCHEDULING ORDER** |

At the direction of Claire V. Eagan, U.S. District Judge, it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 5/7/2021 | |
| Responses due: | 5/14/2021 | |
| Pretrial Docket Call*: | 5/26/2021 | at 10:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 6/14/2021 | |
| Jury Trial: | 6/21/2021 | at 9:30 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

*s/ C. Butler*
By: C. Butler, Deputy Clerk

* If the parties anticipate this case to be a change of plea or a motion hearing, contact the Courtroom Deputy and the hearing will be rescheduled.