# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM DONOVAN JOHNSON, III.,<br>DAVID SCOTT CHAMBERS,<br>GENE OLEN CHARLES RAST,<br>SHAUNI BREANNE CALLAGY,<br><br>　　　　Defendants. | Case No. 21-CR-102-CVE |

## Entry of Appearance

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute any forfeiture matters of the case for the United States of America.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CLINTON J. JOHNSON
　　　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　*/s/ Reagan V. Reininger*
　　　　　　　　　　　　　　　　　　REAGAN V. REININGER, OBA #22326
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　110 West Seventh Street, Suite 300
　　　　　　　　　　　　　　　　　　Tulsa, OK   74119
　　　　　　　　　　　　　　　　　　Telephone: (918) 382-2700
　　　　　　　	　　　　　　　　　　Email:   reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on April 27, 2021, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Janna Tomah*
JANNA TOMAH, Data Analyst