AO257 (USAO Rev 04/21)  18 U.S.C. § 3170

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No
New Defendant? ☐ Yes ☒ No
Case Number: **21-CR-102-CVE**
Defendant Number: **1**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>**Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>**Kortni Barton, Legal Asst.**<br>☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>**Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>**Billy J. Stites, DEA** | Name: **William Donovan Johnson III, a/k/a "Billy Johnson"**<br>Address: **26371 S. 650 Road**<br>City/State/Zip: **Grove, OK 74344**<br>Date of Birth: **12/6/1974**<br>SSN: **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**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☐ Female ☒ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |

| PROCEEDING: | DEFENDANT: |
|---|---|
| ☐ Person is awaiting trial in the following court:<br><br>☐ Person/proceeding transferred from another district:<br>per FRCrP ☐ 20 ☐ 21 ☐ 40<br>District:<br>☐ This is prosecution of charges previously dismissed<br>on the motion of ☐ Defense ☐ U.S. Attorney<br>under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:<br><br>List any other related cases:<br><br>☐ This report amends the AO257 previously submitted. | ☐ IS NOT IN CUSTODY and:<br>☐ Has not been arrested, pending outcome of this proceeding<br>☐ Is a fugitive<br>☐ Is on bail or release from the following district:<br><br>☒ IS IN CUSTODY:<br>☐ On this charge<br>☐ On another conviction: ☐ State ☐ Federal<br>☒ Awaiting trial on other charges: ☐ State ☒ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution: **Western District of Missouri**<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; COUNTS 2 and 3: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises; COUNT 7: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute; COUNT 8: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture**

LEVEL OF OFFENSE: **COUNTS 1 through 3, 7 and 8: Felony**

DATE OF OFFENSE: **COUNTS 1 through 3: Beginning as early as in or about September 2020 and continuing until on or about October 10, 2020; COUNT 7: On or about May 31, 2019; COUNT 8: Beginning on or about May 31 and continuing until on or about June 1, 2019**

PENALTIES: **COUNTS 1, 7 and 8: Not less than 10 years imprisonment or more than life imprisonment, a fine not to exceed $10,000,000, at least 5 years supervised release; COUNTS 2 and 3: Not more than 20 years imprisonment, a fine not to exceed $500,000, not more than 3 years supervised release**

SMA: **$100 per count**

AO257 (USAO Rev 04/21)     18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No  
New Defendant? ☐ Yes ☒ No  
Case Number: **21-CR-102-CVE**  
Defendant Number: **2**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>**Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>**Kortni Barton, Legal Asst.**<br>☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>**Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>**Billy J. Stites, DEA** | Name: **David Scott Chambers, a/k/a "Scott Chambers"**<br>Address: **5957 S. Kimbrough Ave**<br>City/State/Zip: **Springfield, MO 65810**<br>Date of Birth: **02/1/1969**<br>SSN: **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**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☐ Female ☒ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |
| **PROCEEDING:** | **DEFENDANT:** |
| ☒ Person is awaiting trial in the following court:<br>**Delaware County District Court, CF-2020-00202A**<br>☐ Person/proceeding transferred from another district:<br>per FRCrP ☐ 20 ☐ 21 ☐ 40<br>District:<br>☐ This is prosecution of charges previously dismissed<br>on the motion of ☐ Defense ☐ U.S. Attorney<br>under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate<br>Judge regarding this defendant were recorded<br>under case number:<br>List any other related cases:<br>☐ This report amends the AO257 previously submitted. | ☐ IS NOT IN CUSTODY and:<br>☐ Has not been arrested, pending outcome of this proceeding<br>☐ Is a fugitive<br>☐ Is on bail or release from the following district:<br><br>☒ IS IN CUSTODY:<br>☐ On this charge<br>☐ On another conviction: ☐ State ☐ Federal<br>☒ Awaiting trial on other charges: ☒ State ☐ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution: **St. Clair County Jail**<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; COUNT 4: 18 U.S.C. § 1952(a)(3) – Interstate Travel to Aid Racketeering; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture**

LEVEL OF OFFENSE: **COUNTS 1 and 4: Felony**

*TED*

DATE OF OFFENSE: **COUNT 1: Beginning as early as in or about September 2020 and continuing until on or about October 10, 2020; COUNT 4: On or about October 10, 2020**

PENALTIES: **COUNT 1: Not less than 10 years imprisonment or more than life imprisonment, a fine not to exceed $10,000,000, at least 5 years supervised release; COUNT 4: Not more than 5 years imprisonment, a fine not to exceed $250,000, not more than 3 years supervised release**

SMA: **$100 per count**

AO257 (USAO Rev 04/21)    18 U.S.C. § 3170

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No
New Defendant? ☐ Yes ☒ No
Case Number: **21-CR-102-CVE**
Defendant Number: **3**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>**Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>**Kortni Barton, Legal Asst.**<br>☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>**Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>**Billy J. Stites, DEA** | Name: **Gene Olen Charles Rast**<br>Address: **122 Rolling Hill Road**<br>City/State/Zip: **Elkland, MO 65644**<br>Date of Birth: **10/1/1974**<br>SSN: **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**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☐ Female ☒ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |

| PROCEEDING: | DEFENDANT: |
|---|---|
| ☐ Person is awaiting trial in the following court:<br><br>☐ Person/proceeding transferred from another district:<br>per FRCrP ☐ 20 ☐ 21 ☐ 40<br>District:<br>☐ This is prosecution of charges previously dismissed<br>on the motion of ☐ Defense ☐ U.S. Attorney<br>under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:<br><br>List any other related cases:<br><br>☐ This report amends the AO257 previously submitted. | ☐ IS NOT IN CUSTODY and:<br>☐ Has not been arrested, pending outcome of this proceeding<br>☐ Is a fugitive<br>☐ Is on bail or release from the following district:<br><br>☒ IS IN CUSTODY:<br>☒ On this charge<br>☐ On another conviction: ☐ State ☐ Federal<br>☐ Awaiting trial on other charges: ☐ State ☐ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution:<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 5: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession of Methamphetamine with Intent to Distribute; COUNT 6: 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

LEVEL OF OFFENSE: **COUNTS 5 and 6: Felony**

*TED*

DATE OF OFFENSE: **COUNTS 5 and 6: On or about October 12, 2020**

PENALTIES: **COUNT 5: Not less than 5 years imprisonment or more than 40 years imprisonment, a fine not to exceed $5,000,000, at least 4 years supervised release; COUNT 6: Not less than 5 years imprisonment or more than life imprisonment, to run consecutively to any other sentence, a fine not to exceed $250,000, not more than 5 years supervised release**

SMA: **$100 per count**

AO257 (USAO Rev 04/21)      18 U.S.C. § 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No     Case Number: **21-CR-102-CVE**
New Defendant? ☐ Yes ☒ No     Defendant Number: **4**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>**Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>**Kortni Barton, Legal Asst.**<br>☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>**Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>**Billy J. Stites, DEA** | Name: **Shauni Breanne Callagy**<br>Address: **26371 S. 650 Road**<br>City/State/Zip: **Grove, OK 74344**<br>Date of Birth: **08/3/1990**<br>SSN: **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**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☒ Female ☐ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |
| PROCEEDING: | DEFENDANT: |
| ☐ Person is awaiting trial in the following court:<br><br>☐ Person/proceeding transferred from another district:<br>per FRCrP ☐ 20 ☐ 21 ☐ 40<br>District:<br>☐ This is prosecution of charges previously dismissed<br>on the motion of ☐ Defense ☐ U.S. Attorney<br>under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:<br><br>List any other related cases:<br><br>☐ This report amends the AO257 previously submitted. | ☒ IS NOT IN CUSTODY and:<br>☐ Has not been arrested, pending outcome of this proceeding<br>☐ Is a fugitive<br>☒ Is on bail or release from the following district:<br>**NDOK**<br>☐ IS IN CUSTODY:<br>☐ On this charge<br>☐ On another conviction: ☐ State ☐ Federal<br>☐ Awaiting trial on other charges: ☐ State ☐ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution:<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; COUNTS 2 and 3: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises; COUNT 8: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture**

LEVEL OF OFFENSE: **COUNTS 1 through 3 and 8: Felony**     *TED*

DATE OF OFFENSE: **COUNTS 1 through 3: Beginning as early as in or about September 2020 and continuing until on or about October 10, 2020; COUNT 8: Beginning on or about May 31 and continuing until on or about June 1, 2019**

PENALTIES: **COUNTS 1 and 8: Not less than 10 years imprisonment or more than life imprisonment, a fine not to exceed $10,000,000, at least 5 years supervised release; COUNTS 2 and 3: Not more than 20 years imprisonment, a fine not to exceed $500,000, not more than 3 years supervised release**

SMA: **$100 per count**

AO257 (USAO Rev 04/21)     18 U.S.C. § 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No     Case Number: **21-CR-102-CVE**
New Defendant? ☒ Yes ☐ No     Defendant Number: **5**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>**Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>**Kortni Barton, Legal Asst.**<br>☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>**Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>**Billy J. Stites, DEA** | Name: **Renee Lynn Haynes**<br>Address: **UNKNOWN**<br>City/State/Zip: **UNKNOWN**<br>Date of Birth: **09/15/1981**<br>SSN: **UNKNOWN**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☒ Female ☐ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |
| **PROCEEDING:** | **DEFENDANT:** |
| ☒ Person is awaiting trial in the following court:<br>**Ottawa County District Court CF-2021-81A**<br>☐ Person/proceeding transferred from another district:<br>per FRCrP ☐ 20 ☐ 21 ☐ 40<br>District:<br>☐ This is prosecution of charges previously dismissed<br>on the motion of ☐ Defense ☐ U.S. Attorney<br>under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:<br>List any other related cases:<br>☐ This report amends the AO257 previously submitted. | ☐ IS NOT IN CUSTODY and:<br>☐ Has not been arrested, pending outcome of this proceeding<br>☐ Is a fugitive<br>☐ Is on bail or release from the following district:<br>☒ IS IN CUSTODY:<br>☐ On this charge<br>☐ On another conviction: ☐ State ☐ Federal<br>☒ Awaiting trial on other charges: ☒ State ☐ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution: **Ottawa County Jail**<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 9: 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) – Possession of Methamphetamine with Intent to Distribute; COUNT 10: 18 U.S.C. § 1952(a)(3) – Interstate Travel to Aid Racketeering; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture**

LEVEL OF OFFENSE: **COUNTS 9 and 10: Felony**

*TED*

DATE OF OFFENSE: **COUNT 9: On or about March 21, 2021; COUNT 10: Beginning on or about March 18, 2021, and continuing to on or about March 21, 2021**

PENALTIES: **COUNT 9: Not more than 20 years imprisonment, a fine not to exceed $1,000,000, at least 3 years supervised release; COUNT 10: Not more than 5 years imprisonment, a fine not to exceed $250,000, not more than 3 years supervised release**

SMA: **$100 per count**