# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,      Plaintiff,<br><br>vs.<br><br>Gene Olen Charles Rast,<br>Shauni Breanne Callagy,<br><br><br><br>                   Defendant(s). | Case No.: 21-cr-102-CVE<br><br>**AMENDED SCHEDULING ORDER** |

At the direction of Claire V. Eagan, U.S. District Judge, it is hereby ordered that upon the filing of a Superseding Indictment, the current deadlines are stricken and reset:

| | | |
|---|---|---|
| Motions due: | 8/12/2021 | |
| Responses due: | 8/26/2021 | |
| PT/CP/Motions Hearing: | 9/9/2021 | at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 9/13/2021 | |
| Jury Trial: | 9/20/2021 | at 9:15 a.m. |

                                                 Mark C. McCartt,

                                                 Clerk of Court, United States District Court

                                                 S/C. Portilloz
                                                 By: C. Portilloz, Deputy Clerk