**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Shauni Breanne Callagy ,

Defendant(s).

| | |
|---|---|
| Case No.: | 21-cr-00102-CVE-4 |
| Date: | 7/1/2021 |
| Court Time: | 2:00 p.m. |

**MINUTE SHEET – ARRAIGNMENT**

Susan E. Huntsman, U.S. Magistrate Judge       D. Gross, Deputy Clerk       Magistrate Courtroom 1

Counsel for Plaintiff:  Thomas Eliot Duncombe I, *Ryan Heatherman for*

Counsel for Defendant:  Craig M Hoehns_____ , Appt.

Interpreter:  _____       ☐ sworn

Defendant appears ~~in person~~ for Arraignment on:  ☒ Indictment;   ☐ Information;   ☐ Complaint;
*By Video*                                       ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;

☒ Defendant acknowledges receipt of  Superseding Indictment              Indictment:  ☐ Read;   ☒ Reading waived;
☒ Defendant advised of charge;

Defendant's name as reflected in the  Superseding Indictment              ;
    ☒ Verified in open court as the true and correct legal name
    ☐ Corrected by interlineation to  _____
       to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court as the true and correct legal name:  ☐ U.S. Attorney;  ☐ Def't. Att. to verify and advise court;

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea              ☒ Schedule to be entered;

Defendant waives:  ☐ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☐ Waivers approved by Court;

☐ Arraignment continued to:  _____ at _____
☐ Detention Hearing scheduled:  _____ at _____
☐ Defendant allowed to stand on present bond;      ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

Additional Minutes:_____

_____

_____

_____

_____

_____