LT/LT ~~SEALED~~ Unsealed 4/15/21

AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

2021 MAR 25 PM 1:30

N/OK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **21 CR 102 CVE** |
| SHAUNI BREANNE CALLAGY | ) | |
| *Defendant* | ) | |

**FILED**
JUL 01 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHAUNI BREANNE CALLAGY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises
21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises
21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture

Date: **MAR 25 2021**

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/25/2021, and the person was arrested on *(date)* 3/31/2021
At *(city and state)* Springfield, MO
Date:

*Arresting officer's signature*

Breland Sparks Dep. U.S. Marshal
*Printed name and title*

For DEA MO

TED/kb