


**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-102-CVE |
| Plaintiff, | FILED UNDER SEAL |
| v. | |
| WILLIAM DONOVAN JOHNSON III, a/k/a "Billy Johnson," DAVID SCOTT CHAMBERS, a/k/a "Scott Chambers," GENE OLEN CHARLES RAST, a/k/a "Charlie Rast," SHAUNI BREANNE CALLAGY, RENEE LYNN HAYNES, LUIS ALFREDO JACOBO, a/k/a "Lokz," JESUS VALDEZ MARTINEZ, a/k/a "Jesse Martinez," a/k/a "Hostile," KELLY WAYNE BRYAN, CURTIS ANTHONY JONES, ANTONIO CERVANTES GARCIA a/k/a "Tony Garcia," | FILED SEP 29 2021 Mark C. McCartt, Clerk U.S. DISTRICT COURT |
| Defendants. | |

## MOTION TO UNSEAL CASE

The United States moves the Court to unseal the Case in this matter. In support of this motion, the United States offers the following:

1. All defendants are now in federal custody, including defendants who were not in custody at the time the Second Superseding Indictment issued.

2. Therefore, there is no longer a need for the case to remain under seal.

For the reasons set out in this motion, the United States respectfully requests the Case be unsealed.

Respectfully submitted,

CLINTON J. JOHNSON
Acting United States Attorney

_____
Thomas E. Duncombe, DC Bar No. 1029476
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700
Thomas.duncombe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2021, I caused the foregoing sealed document to be filed by hand delivery to the Clerk of Court and emailed a copy to:

Douglas Smith,
*Counsel for defendant Gene Olen Charles Rast*
Craig Hoehns,
*Counsel for defendant Shauni Breanne Callagy*
Scott Troy,
*Counsel for defendant Renee Lynn Haynes*

_____
Assistant United States Attorney

2