# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-102-CVE |
| Plaintiff, | |
| v. | |
| WILLIAM DONOVAN JOHNSON III, a/k/a "Billy Johnson," DAVID SCOTT CHAMBERS, a/k/a "Scott Chambers," GENE OLEN CHARLES RAST, a/k/a "Charlie Rast," SHAUNI BREANNE CALLAGY, RENEE LYNN HAYNES, LUIS ALFREDO JACOBO, a/k/a "Lokz," JESUS VALDEZ MARTINEZ, a/k/a "Jesse Martinez," a/k/a "Hostile," KELLY WAYNE BRYAN, CURTIS ANTHONY JONES, ANTONIO CERVANTES GARCIA a/k/a "Tony Garcia," | |
| Defendants. | |

## ORDER

The Court has for its consideration the plaintiff's motion to unseal case (Dkt. # 102) in the above-styled matter.

**IT IS HEREBY ORDERED** that plaintiff's motion (Dkt. # 102) is granted, and this matter is unsealed.

**DATED** this 30th day of September, 2021.

*Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE