### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,

|  |  |
|---|---|
| | Plaintiff, |

vs.

Shauni Breanne Callagy,

|  |  |
|---|---|
| | Defendant(s). |

Case No.:   21-cr-102-CVE-4
Date:   10/1/2021
Court Time:   2:00 p.m.

**MINUTE SHEET – ARRAIGNMENT**

Christine D. Little, U.S. Magistrate Judge          T. Calico, Deputy Clerk          Magistrate Courtroom 1

Counsel for Plaintiff:   Tom Duncombe ( Chris Kelly for

Counsel for Defendant:   Craig M Hoehns _____ , Appt.

Interpreter: _____         ☐ sworn

Defendant appears ~~in person~~ for Arraignment on:   ☒ Indictment;   ☐ Information;   ☐ Complaint;
by video
                                                     ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;

☒ Defendant acknowledges receipt of  Second Superseding Indictment          Indictment:   ☐ Read;   ☒ Reading waived;

☒ Defendant advised of charge;

Defendant's name as reflected in the    Second Superseding Indictment;

    ☒ Verified in open court as the true and correct legal name
       ☐ Corrected by interlineation to _____
         to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court as the true and correct legal name:   ☐ U.S. Attorney;   ☐ Def't. Att. to verify and advise court;

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea          ☒ Schedule to be entered;

Defendant waives:   ☐ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☐ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____

☐ Detention Hearing scheduled: _____ at _____

☐ Defendant allowed to stand on present bond;          ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

_____

_____

_____

_____

Minute Sheet - Arraignment                                                        (CR-01f 6/2021)