# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                             Plaintiff,<br>vs.<br><br>Gene Olen Charles Rast,,<br>Shauni Breanne Callagy,<br>Renee Lynn Haynes,<br>Kelly Wayne Bryan,<br>Curtis Anthony Jones,<br><br>                            Defendant(s). | Case No.: 21-cr-102-CVE<br><br>**AMENDED SCHEDULING ORDER** |

At the direction of Claire V. Eagan, U.S. District Judge, it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 11/8/2021 | |
| Responses due: | 11/22/2021 | |
| PT/CP/Motions Hearing: | 12/1/2021 | at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 12/13/2021 | |
| Jury Trial: | 12/20/2021 | at 9:15 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

 S/C. Portilloz
_____
By: C. Butler, Deputy Clerk