UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br>vs.<br><br>Shauni Breanne Callagy,<br>                              Defendant. | Case No.: 21-CR-102-CVE<br><br>**WAIVER OF SPEEDY TRIAL** |

Defendant acknowledges that he/she has a right to a speedy trial and that right has been guaranteed to him/her by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161. However, defendant freely waives his/her right to a speedy trial and requests that any trial delay be excluded from computation under the Speedy Trial Act. Defendant specifically requests that the Court find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161(h)(7)(A), defendant requests that the time from December 20, 2021, to March 21, 2022 be excluded.

Respectfully submitted,

*/s/ Shauni Callagy*
Shauni Breanne Callagy, Defendant

*/s/*
Attorney for Defendant